IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES D. VALENTINE,<br><br>        Defendant. | **4:16CR3045**<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's unopposed motion to modify conditions of release, (Filing No. 53) is granted.

2) The Court's prior release orders, (Filing Nos. 26 and 37) are modified as follows:

    Defendant is allowed to reside in Ainsworth, Nebraska, and travel throughout Nebraska.

3) The defendant shall comply with all other terms and conditions of his pretrial release.

October 27, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge