IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES D. VALENTINE,<br><br>        Defendant. | 4:16-CR-3045<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing (filing 56) is granted.

2. Defendant James D. Valentine's sentencing is continued to April 21, 2017, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 31st day of January, 2017.

BY THE COURT:

_/s/ John M. Gerrard_
John M. Gerrard
United States District Judge